IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HERIBERTO CRUZ                                                    PLAINTIFF

v.                              NO. 14-4035

R. M. COMPTON TRANSPORT, INC.
and ANTHONY BENITEZ                                               DEFENDANTS

## NOTICE OF REMOVAL

Comes separate defendant, R. M. Compton Transport, Inc., and for its notice of removal from the Circuit Court of Hempstead County, Arkansas, to the United States District Court, Western District of Arkansas, Texarkana Division, states:

1. R. M. Compton Transport, Inc., is a foreign for-profit trucking company, which is authorized by the Department of Transportation to engage in interstate commerce. Its principal place of business is in the State of Texas. (Plaintiff's Complaint, ¶ 3.)

2. Plaintiff alleges separate defendant, Anthony Benitez, is a resident of San Antonio, Texas. (Plaintiff's Complaint, ¶ 2.)

3. Plaintiff alleges he is a resident of Glendale, New York. (Plaintiff's Complaint, ¶ 1.)

4. Plaintiff initiated the above-captioned lawsuit in the Circuit Court of Hempstead County, Arkansas, with the case style *Heriberto Cruz v. R. M. Compton*

*Transport, Inc. and Anthony Benitez*, Case No. 29CV-2013-192-2.  Plaintiff filed his Complaint on November 22, 2013.

5.  The Complaint seeks a recovery for personal injury arising from alleged negligence on the part of R. M. Compton Transport, Inc., and its driver, separate defendant, Anthony Benitez.  Plaintiff seeks compensatory damages in an amount "in excess of that required for federal jurisdiction in diversity actions." (Plaintiff's Complaint, WHEREFORE Clause.)  Thus, plaintiff alleges total damages that exceed the minimum requirements for federal court jurisdiction.

6.  Complete diversity of citizenship exists between plaintiff and defendants.  The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  Therefore, jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a).  Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(a).

7.  Separate defendant, Anthony Benitez, has not yet answered or otherwise made an appearance in this matter.

8.  Removal is sought pursuant to 28 U.S.C. §§ 1441 & 1446(a).  Copies of the Complaint and summons received by R. M. Compton Transport, Inc., are attached to this notice of removal as **Exhibits A** and **B**, respectively.  A copy of the affidavit showing service R. M. Compton Transport, Inc., is attached to this notice of removal as **Exhibit C**.  A copy of the answer filed on behalf of R. M. Compton Transport, Inc., is attached to this notice of removal as **Exhibit D**.

9.  This notice of removal has been given within thirty (30) days of the receipt of the Complaint and summons as required by 28 U.S.C. § 1446(b).  The Complaint is

the initial pleading setting forth plaintiff's claims for relief that has been received by R. M. Compton Transport, Inc.

10. A true and correct copy of this notice of removal will be filed promptly with the clerk of the Circuit Court of Hempstead County, Arkansas, pursuant to 28 U.S.C. § 1446(d). A true and correct copy of this notice of removal has been provided to opposing counsel as evidenced by the certificate of service which appears below.

**ANDERSON, MURPHY & HOPKINS, L.L.P**
400 West Capitol Avenue, Suite 2400
Little Rock, Arkansas 72201-4851
Telephone: (501) 372-1887
Facsimile: (501) 372-7706
Email: provencher@amhfirm.com

By: _____
SCOTT D. PROVENCHER
BAR NO. 96148

## CERTIFICATE OF SERVICE

A copy of the foregoing notice of removal has been faxed and mailed to **Mr. Terry D. Dugger,** Dugger Law Firm, P.A., 5208 Kavanaugh Boulevard, Suite 4, Little Rock, Arkansas 72207, on this 20 day of February, 2014.

_____
SCOTT D. PROVENCHER

3